### JACOB LAUFER P.C.
65 BROADWAY
SUITE 1005
NEW YORK, NEW YORK 10006

JACOB LAUFER*

MARK ELLIS
SHULAMIS PELTZ
AKIVA GOLDBERG

TELEPHONE (212) 422-8500

FAX (212) 422-9038

\* Also admitted in the District of Columbia

November 8, 2022

Via ECF

Hon. Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: U.S. v. Russo, et al., 21 Cr. 00466-HG-JRC

Dear Judge Gonzalez,

    I write on behalf of my client Albert Alimena with respect to two matters.

    Mr Alimena resides in Florida, and I respectfully request the Court's permission either to waive Mr Alimena's personal attendance at the forthcoming November 15th conference, or alternatively to permit Mr Alimena to attend that conference remotely.

    Second, Judge Gujarati, in scheduling motions due on November 7th, had directed that severance motions not be filed at that time, but rather at a later date when there would be greater clarity with respect to those defendants who would be tried. Does the Court currently direct that severance motions be filed by November 14?

    Thank you for the Court's consideration of these requests.

Very truly yours,

/s/ Jacob Laufer

JACOB LAUFER

cc: All counsel (via ECF)