# JACOB LAUFER P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

JACOB LAUFER*                                                           TELEPHONE (212) 422-8500

MARK ELLIS                                                              FAX (212) 422-9038
SHULAMIS PELTZ
AKIVA GOLDBERG

\* Also admitted in the District of Columbia

December 30, 2022

Via ECF

Hon. Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                     Re: U.S. v. Russo, et al., 21 Cr. 00466-HG-JRC

Dear Judge Gonzalez,

      I write on behalf of my client Albert Alimena.

      Mr Alimena resides in Florida, and I respectfully request the Court's permission either to waive Mr Alimena's personal attendance at the forthcoming January 6, 2023 conference, or alternatively to permit Mr Alimena to attend that conference remotely.

      Thank you for the Court's consideration of this request.

                                                      Very truly yours,

                                                      /s/ Jacob Laufer

                                                      JACOB LAUFER

cc: All counsel (via ECF)